IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00284-PAB

UNITED STATES OF AMERICA,

    Petitioner,

v.

ALEJANDRO DAMASO,
President, Teresas Foods, Inc.,

    Respondent.

_____

## FINAL ENFORCEMENT ORDER
_____

This matter comes before the Court on the United States' Petition to Enforce Internal Revenue Service Summons ("Petition") [Docket No. 1]. The Court finds that:

1. On June 22, 2010, the Internal Revenue Service issued a summons to Respondent Alejandro Damaso ("Respondent").

2. The Internal Revenue Service summons was issued to Respondent for a legitimate purpose: to determine the tax liability of Respondent for the calendar years ending December 31, 2006, December 31, 2007, and December 31, 2008.

3. The above-listed tax periods were specified in the Internal Revenue Service summons served on Respondent.

4. The testimony, records, and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

5. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6.  As indicated in the Affidavit of Service [Docket No. 13], Respondent was served on March 4, 2011 with: (1) the Order to Show Cause [Docket No. 4] issued by the Court on February 11, 2011, and (2) a copy of the Petition [Docket No. 1] with exhibits.

7.  On March 10, 2011, Respondent filed a Motion for Extension of Time and requested to postpone the Show Cause hearing.

8.  On March 14, 2011, the Court granted Respondent's motion and reset the hearing for April 27, 2011 at 2:30 p.m. [Docket No. 12].

9.  On April 1, 2011, the United States sent a letter to Respondent, advising him that the Show Cause hearing had been reset for April 27, 2011.

10. As of this date, Respondent has failed to comply with the IRS summons.

11. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summons. Therefore, it is

ORDERED that Respondent shall comply with and obey the Internal Revenue Service summons served upon him by appearing at the Internal Revenue Service office at 561 25 Road, Suite B, Grand Junction, CO 81501, before Revenue Officer Frank Long, telephone number (970) 254-3413 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than June 15, 2011, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summons. It is further

ORDERED that failure to comply with this Order may result in Respondent being found in contempt of Court, in which case he may be fined or imprisoned. It is further

ORDERED that upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of Petitioner United States of America.

DATED April 27, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge